In the Matter of SINCLAIR HABERMAN et al., Appellants, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Respondents.

Submitted August 6, 2007; decided September 6, 2007

Reported below, 35 AD3d 465.

Motion, insofar as it seeks to strike respondents' appendix, denied; motion, insofar as it seeks to expand the record, granted and the record deemed expanded.

KEITH HAYWOOD, Appellant, v CURTIS DROWN, Respondent. (Action No. 1.)

KEITH HAYWOOD, Appellant, v PAT SMITH et al., Respondents. (Action No. 2.)

Submitted September 4, 2007; decided September 6, 2007

Reported below, 35 AD3d 1290, 1291.

Motion by Prisoners' Legal Services et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

HOSPITAL FOR JOINT DISEASES et al., Respondents, v TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY et al., Appellants.

Submitted August 27, 2007; decided September 6, 2007

Reported below, 34 AD3d 532.

Motion by New York Central Mutual Fire Insurance Company et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.